UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TRACY NEIGHBORS AND BARBARA NEIGHBORS; ARUL MENEZES AND LUCRETIA VANDERWENDE; LAKE SAMMAMISH 4257 LLC; HERBERT MOORE AND ELYNNE MOORE; TED DAVIS AND ELAINE DAVIS; REID BROWN AND TERESA BROWN; SHAWN HUARTE AND TRINA HUARTE; ANNETTE MCNABB; EUGENE MOREL AND ELIZABETH MOREL; VOLKER ELSTE AND GAIL UREEL; JOHN R. WARD AND JOANNA WARD, AS CO-TRUSTEES OF THE WARD HALES LIVING TRUST; YORK HUTTON; L. LARS KNUDSEN AND LISE SHDO,<br><br>                Plaintiffs,<br><br>   v.<br><br>KING COUNTY, a municipal corporation and political subdivision of the State of Washington,<br><br>                Defendant. | No. 2:15-CV-01358<br><br>**ANSWER AND COUNTERCLAIM OF DEFENDANT KING COUNTY** |

COMES NOW defendant King County, by and through its attorneys of record, both to answer plaintiffs' complaint and to counterclaim as set forth below. In answer to plaintiffs'

ANSWER AND COUNTERCLAIM - 1
(2:15-CV-01358)

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430  Fax (206) 296-8819

Complaint, Defendant admits, denies and alleges as set forth below. Each and every allegation contained in plaintiffs' Complaint not expressly admitted in full below is denied. The paragraph numbers in the Answer below correspond to the paragraph numbers in plaintiffs' Complaint:

THE PARTIES

1.-13. Answering paragraphs 1-13 of the Complaint, King County is presently without sufficient information to answer the allegations of fact contained in those paragraphs and therefore denies them.

14. Answering paragraph 14 of the Complaint, King County admits that it is a home rule charter county and a political subdivision of the State of Washington of the State of Washington.

JURISDICTION AND VENUE

15. Answering paragraph 15 of the Complaint, King County denies that the state court has jurisdiction of the claims and defenses in this action.

16. Answering paragraph 16 of the Complaint, King County admits that RCW 4.12.010 is the mandatory venue statute applicable to plaintiffs' action, that the portion of the East Lake Sammamish Rail Corridor ("ELSRC") implicated by plaintiffs' action is located in King County and that defendant King County is located within the geographic boundaries of King County. To the extent that this paragraph includes any additional allegations of fact, King County denies the same.

FACTS

17. Answering paragraph 17 of the Complaint, King County admits that various railroad companies operated trains over the ELSRC, which is adjacent to the east shore of Lake Sammamish in the cities of Issaquah, Sammamish and Redmond. Except as so admitted, King County denies each and every other allegation of fact in this paragraph and specifically denies plaintiffs' allegation that the ELSRC is "narrow."

18. Answering paragraph 18 of the Complaint, King County admits that it currently possesses all property interests in the ELSRC that were formerly held by BNSF and Land

ANSWER AND COUNTERCLAIM - 2
(2:15-CV-01358)

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430  Fax (206) 296-8819

Conservancy of Seattle pursuant to the specified deeds, but denies that the ELSRC is properly characterized as a "right of way" over its entire length.

19. Answering paragraph 19 of the Complaint, King County admits that it possesses property rights under the specified deeds that cover the entirety of the ELSRC and grant King County exclusive control over the ELSRC, including the right to allow public use of the ELSRC. King County further admits that it has constructed an interim trail over the ELSRC and a permanent trail over portions of the ELSRC. It further admits that it has applied for permits for further development of the interim trail over a portion of the ELSRC, but denies the remaining factual allegations in this paragraph.

20. Answering paragraph 20 of the Complaint, King County denies the same.

### CLAIM FOR DECLARATORY RELIEF

21. Answering paragraph 21 of the Complaint, King County denies the same.

22. Answering paragraph 22 of the Complaint, King County denies the same.

23. Answering paragraph 23 of the Complaint, King County denies the same.

24. Answering paragraph 24 of the Complaint, King County admits that some or all of plaintiffs have constructed walkways, driveways, parking areas, landscaping systems, utilities and have planted landscaping within the ELSRC. Except as so admitted, King County denies each and every additional allegation contained in paragraph 24.

25. Answering paragraph 25 of the Complaint, King County denies the same.

26. Answering paragraph 26 of the Complaint, King County denies the same.

### CLAIM FOR QUIET TITLE

27. Answering paragraph 27 of the Complaint, King County denies the same.

### KING COUNTY'S COUNTERCLAIM FOR QUIET TITLE, EJECTMENT AND DECLARATORY JUDGMENT

Counterclaim ¶1. In the event that this case is not dismissed in its entirety under federal preemption, King County asserts the following Counterclaim.

ANSWER AND COUNTERCLAIM - 3
(2:15-CV-01358)

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430  Fax (206) 296-8819

Counterclaim ¶2. As Counterclaim Plaintiff, King County re-alleges its answers to ¶¶1-27 of the Complaint as if fully set forth herein.

Counterclaim ¶3. King County owns fee title or exclusive railroad easement rights characterized as a "quasi-fee" in the portions of the ELSRC that are adjacent to plaintiff's property.

Counterclaim ¶4. Plaintiffs have interfered with King County's property rights in the ELSRC by erecting and maintaining various unauthorized improvements that impede King County's access to its property and prevent public enjoyment.

Counterclaim ¶5. Under RCW 7.28, title to the disputed portion of property should be quieted in King County.

Counterclaim ¶6. Plaintiffs should be required to remove any unauthorized improvements erected and maintained within the ELSRC.

Counterclaim ¶7. Plaintiffs should be required to pay current and back rent and/or special use fees for all unauthorized uses of the ELSRC.

FURTHER ANSWER AND AFFIRMATIVE DEFENSES

BY WAY OF FURTHER ANSWER and AFFIRMATIVE DEFENSES to plaintiffs' Complaint, and without admitting anything previously denied, King County asserts the following affirmative defenses against each plaintiff.

1. Plaintiffs, in whole or in part, have failed to state a claim upon which relief may be granted.

2. Plaintiffs have failed to join indispensable parties.

3. Plaintiffs have failed to establish personal jurisdiction by properly serving King County.

4. Plaintiffs, in whole or in part, have stated claims under Washington law that are preempted by federal law.

5. Plaintiffs, in whole or in part, have stated claims that are barred by the statute of

ANSWER AND COUNTERCLAIM - 4
(2:15-CV-01358)

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430  Fax (206) 296-8819

limitations.

6. Plaintiffs, in whole or in part, have stated claims that are barred by the doctrine of laches.

7. Plaintiffs, in whole or in part, have stated claims that are barred by the doctrine of waiver.

8. Plaintiffs, in whole or in part, have stated claims that fail because plaintiffs acquiesced in the acts about which plaintiffs now complain.

9. Plaintiffs, in whole or in part, have stated claims that are barred by the doctrine of estoppel.

10. Plaintiffs, in whole or in part, have stated claims that they, or their predecessors in title, have previously released.

11. Plaintiffs, in whole or in part, are not the real parties in interest.

King County reserves the right to amend this Answer and assert additional affirmative defenses.

WHEREFORE, having answered Plaintiff's Complaint, King County requests that this Court DISMISS Plaintiff's Complaint with prejudice, GRANT King County's Counterclaims, and award Defendant King County its costs and reasonable attorney's fees, and award such other and further relief as this Court may deem just and equitable.

Dated this 24th day of August, 2015.

DANIEL T. SATTERBERG
King County Prosecuting Attorney

By: *s/ David J. Hackett*
DAVID HACKETT, WSBA #21236
Senior Deputy Prosecuting Attorney

By: *s/ H. Kevin Wright*
H. KEVIN WRIGHT, WSBA #19121
Senior Deputy Prosecuting Attorney

ANSWER AND COUNTERCLAIM - 5
(2:15-CV-01358)

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430  Fax (206) 296-8819

1
2
By: *s/ Peter G. Ramels*
PETER G. RAMELS, WSBA #21120
Senior Deputy Prosecuting Attorney

3
4
By: *s/ Andrew W. Marcuse*
ANDREW W. MARCUSE, WSBA #27552
Senior Deputy Prosecuting Attorney

5
Attorneys for Defendant King County

6
7
King County Prosecuting Attorney's Office
500 Fourth Ave., 9th Floor
Seattle, WA. 98104
Telephone: (206) 296-8820 / Fax: (206) 296-8819

8
9
10
Email:  david.hackett@kingcounty.gov
kevin.wright@kingcounty.gov
pete.ramels@kingcounty.gov
andrew.marcuse@kingcounty.gov

11
12
13
14
15
16
17
18
19
20
21
22
23

ANSWER AND COUNTERCLAIM - 6
(2:15-CV-01358)

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430  Fax (206) 296-8819

**DECLARATION OF FILING AND SERVICE**

I hereby certify that on August 24, 2015, I electronically filed the foregoing Notice to Plaintiffs of Removal with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> John T. Ludlow
> Hanson Baker Ludlow Drumheller P.S.
> 2229 112th Avenue NE, Suite 200
> Bellevue, WA 98004
> (425) 454-3374
> **jludlow@hansonbaker.com**

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 24th day of August, 2015 at Seattle, Washington.

*s/ Kris Bridgman*
Kris Bridgman, Legal Secretary
King County Prosecuting Attorney's Office

ANSWER AND COUNTERCLAIM - 7
(2:15-CV-01358)

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430  Fax (206) 296-8819