UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TRACY NEIGHBORS AND BARBARA NEIGHBORS; ARUL MENEZES AND LUCRETIA VANDERWENDE; LAKE SAMMAMISH 4257 LLC; HERBERT MOORE AND ELYNNE MOORE; TED DAVIS AND ELAINE DAVIS; REID BROWN AND TERESA BROWN; SHAWN HUARTE AND TRINA HUARTE; ANNETTE MCNABB; EUGENE MOREL AND ELIZABETH MOREL; VOLKER ELSTE AND GAIL UREEL; JOHN R. WARD AND JOANNA WARD, AS CO-TRUSTEES OF THE WARD HALES LIVING TRUST; YORK HUTTON; L. LARS KNUDSEN AND LISE SHDO,<br><br>                Plaintiffs,<br><br>   v.<br><br>KING COUNTY, a municipal corporation and political subdivision of the State of Washington,<br><br>                Defendant. | No. 2:15-CV-01358<br><br>**NOTICE OF RELATED CASE** |

TO:        THE CLERK OF THE COURT;

AND TO:   Plaintiffs;

NOTICE OF RELATED CASE - 1
(2:15-CV-01358)

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430  Fax (206) 296-8819

AND TO:   John T. Ludlow, attorneys for Plaintiffs.

In accord with its Notice of Removal and Civil Cover sheet, King County hereby provides further notice that the parties and issues raised in this case substantially overlap with the pending case of *Hornish v. King County*, No. 2:15-cv-00284-MJP, where an August 14, 2015 amended complaint (Dkt. 31) was filed pursuant to previous orders of the Court (Dkts. 19, 23, & 30).

Dated this 25th day of August, 2015.

DANIEL T. SATTERBERG
King County Prosecuting Attorney

By: *s/ David J. Hackett*
DAVID HACKETT, WSBA #21236
Senior Deputy Prosecuting Attorney

By: *s/ H. Kevin Wright*
H. KEVIN WRIGHT, WSBA #19121
Senior Deputy Prosecuting Attorney

By: *s/ Peter G. Ramels*
PETER G. RAMELS, WSBA #21120
Senior Deputy Prosecuting Attorney

By: *s/ Andrew W. Marcuse*
ANDREW W. MARCUSE, WSBA #27552
Senior Deputy Prosecuting Attorney
Attorneys for Defendant King County

King County Prosecuting Attorney's Office
500 Fourth Ave., 9th Floor
Seattle, WA. 98104
Telephone: (206) 296-8820 / Fax: (206) 296-8819

Email: david.hackett@kingcounty.gov
kevin.wright@kingcounty.gov
pete.ramels@kingcounty.gov
andrew.marcuse@kingcounty.gov

NOTICE OF RELATED CASE - 2
(2:15-CV-01358)

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430  Fax (206) 296-8819

## DECLARATION OF FILING AND SERVICE

I hereby certify that on August 25, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> John T. Ludlow
> Hanson Baker Ludlow Drumheller P.S.
> 2229 112th Avenue NE, Suite 200
> Bellevue, WA 98004
> (425) 454-3374
> **jludlow@hansonbaker.com**

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 25th day of August, 2015 at Seattle, Washington.

*s/ Kris Bridgman*
Kris Bridgman, Legal Secretary
King County Prosecuting Attorney's Office

NOTICE OF RELATED CASE - 3
(2:15-CV-01358)

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430  Fax (206) 296-8819