Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TRACY NEIGHBORS and BARBARA NEIGHBORS; ARUL MENEZES and LUCRETIA VANDERWENDE; LAKE SAMMAMISH 4257 LLC; HERBERT MOORE and ELYNNE MOORE; TED DAVIS and ELAINE DAVIS; REID BROWN and TERESA BROWN; SHAWN HUARTE and TRINA HUARTE; ANNETTE MCNABB; EUGENE MOREL and ELIZABETH MOREL; VOLKER ELSTE and GAIL UREEL; JOHN R. WARD and JOANNA WARD, AS CO- TRUSTEES OF THE WARD HALES LIVING TRUST; YORK HUTTON; L. LARS KNUDSEN and LISA SHDO,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>KING COUNTY, a municipal corporation and political subdivision of the State of Washington,<br><br>                    Defendant. | Cause No.: 2:15-cv-01358 MJP<br><br>STIPULATION AND AGREED ORDER APPROVING (1) WITHDRAWAL AND SUBSTITUTION OF COUNSEL; (2) *PRO HAC VICE* ADMISSION<br><br>*(Clerk's Action Required)* |

The undersigned Plaintiffs and Defendant, by and through their respective counsel, hereby stipulate and agree that:

    1.    John T. Ludlow of Hanson Baker Ludlow Drumheller, P.S. may withdraw as counsel for Plaintiffs and Thomas E. Hornish may substitute as counsel for Plaintiffs.

STIPULATION AND AGREED ORDER - 1
(2:15-cv-01358 MJP)

W:\WPDOCS\15157\002\B0306970.DOCX - jtl

**HB**
Hanson Baker Ludlow Drumheller P.S.
2229  112th Avenue NE, Suite 200
Bellevue, WA 98004
(425) 454-3374

2.     Thomas S. Stewart and Elizabeth A. McCulley of Stewart Wald & McCulley, LLC may appear herein and represent Plaintiffs in all matters *pro hac vice*.

3.     The Court should enter the Order Approving (1) Withdrawal and Substitution of Counsel, and (2) the *Pro Hac Vice* Admission appearing below.

DATED this ___ day of September, 2015.        DATED this 16th day of September, 2015.

HANSON BAKER LUDLOW
DRUMHELLER, P.S.


By: _____               _____
    JOHN T. LUDLOW                           THOMAS E. HORNISH
    WSBA #7377                               WSBA #47606
    Withdrawing Counsel for Plaintiffs       Substituting Counsel for Plaintiffs

DATED this 16th day of September, 2015.       DATED this 16th day of September, 2015.

STEWART WALD & McCULLEY                      STEWART WALD & McCULLEY

By: _____               By: _____
    THOMAS S. STEWART                          ELIZABETH A. McCULLEY
    Missouri State Bar #27833                  Missouri State Bar #53101
    *Pro Hac Vice* Counsel for Plaintiffs      *Pro Hac Vice* Counsel for Plaintiffs

DATED this 16th day of September, 2015.

KING COUNTY PROSECUTING
ATTORNEY'S OFFICE

By: _____
    DAVID J. HACKETT, WSBA #21236
    H. KEVIN WRIGHT, WSBA #19121
    PETER G. RAMELS, WSBA #21120
    ANDREW MARCUSE, WSBA #27552
    Counsel for Defendant King County


STIPULATION AND AGREED ORDER - 2
(2:15-cv-01358 MJP)

W:\WPDOCS\15157\002\B0306970.DOCX - ja

**HB**
Hanson Baker Ludlow Drumheller P.S.
2229  112th Avenue NE, Suite 200
Bellevue, WA 98004
(425) 454-3374

AGREED ORDER APPROVING (1) WITHDRAWAL AND SUBSTITUTION
OF COUNSEL, AND (2) *PRO HAC VICE* ADMISSION

THIS MATTER came on regularly for hearing before the undersigned Judge of the above captioned Court without oral argument.  Based upon the foregoing Stipulation the Court hereby orders and declares that

1.     The withdrawal of John T. Ludlow of Hanson Baker Ludlow Drumheller, P.S. as counsel for Plaintiffs and the substitution of Thomas E. Hornish as Plaintiffs' new counsel, are hereby approved.

2.     Thomas S. Stewart and Elizabeth McCulley of Stewart Wald & McCulley, LLC are hereby admitted to practice herein as *pro hac vice* counsel for Plaintiff

DONE IN OPEN COURT this _____, 2015.

_____
HONORABLE MARSHA J. PECHMAN

Approved as to Form;
Notice of Presentation Waived:

HANSON BAKER LUDLOW
DRUMHELLER, P.S.

By: _____
JOHN T. LUDLOW
WSBA #7377
Withdrawing Counsel for Plaintiffs

DATED this 11th day of September, 2015.

STEWART WALD & McCULLEY

By: _____
THOMAS S. STEWART
Missouri State Bar #27833
*Pro Hac Vice* Counsel for Plaintiffs

_____
THOMAS E. HORNISH
WSBA #47606
Substituting Counsel for Plaintiffs

DATED this 16th day of September, 2015.

STEWART WALD & McCULLEY

By: _____
ELIZABETH A. McCULLEY
Missouri State Bar #53101
*Pro Hac Vice* Counsel for Plaintiffs

STIPULATION AND AGREED ORDER - 3
(2:15-cv-01358 MJP)

W:\WPDOCS\15157\002\B0306970.DOCX - jп

HB
Hanson Baker Ludlow Drumheller P.S.
2229   112th Avenue NE; Suite 200
Bellevue, WA 98004
(425) 454-3374

1    DATED this 16 day of September, 2015.

2    KING COUNTY PROSECUTING

3    ATTORNEY'S OFFICE

4    By

5    DAVID J. HACKETT, WSBA #21236
     H. KEVIN WRIGHT, WSBA #19121

6    PETER G. RAMELS, WSBA #21120
     ANDREW MARCUSE, WSBA #27552

7    Counsel for Defendant King County

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

STIPULATION AND AGREED ORDER - 4
(2:15-cv-01358 MJP)

W:\WPDOCS\15157\002\B0306970.DOCX - jd

**HB**
Hanson Baker Ludlow Drumheller P.S.
2229   112th Avenue NE, Suite 200
Bellevue, WA 98004
(425) 454-3374