Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TRACY NEIGHBORS and BARBARA NEIGHBORS; ARUL MENEZES and LUCRETIA VANDERWENDE; LAKE SAMMAMISH 4257 LLC; HERBERT MOORE and ELYNNE MOORE; TED DAVIS and ELAINE DAVIS; REID BROWN and TERESA BROWN; SHAWN HUARTE and TRINA HUARTE; ANNETTE MCNABB; EUGENE MOREL and ELIZABETH MOREL; VOLKER ELSTE and GAIL UREEL; JOHN R. WARD and JOANNA WARD, AS CO- TRUSTEES OF THE WARD HALES LIVING TRUST; YORK HUTTON; L. LARS KNUDSEN and LISA SHDO,<br><br>Plaintiffs,<br><br>vs.<br><br>KING COUNTY, a municipal corporation and political subdivision of the State of Washington,<br><br>Defendant. | Cause No.: 2:15-cv-01358 MJP<br><br>CORPORATE DISCLOSURE STATEMENT BY PLAINTIFF LAKE SAMMAMISH 4257, LLC |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Lake Sammamish 4257, LLC hereby discloses that Lake Sammamish 4257, LLC is a Washington limited liability company, which is wholly owned by Members Arul Menezes and Lucretia Vanderwende.

HB
Hanson Baker Ludlow Drumheller P.S.
2229 112th Avenue NE, Suite 200
Bellevue, WA 98004
(425) 454-3374

DATED this 21st day of September, 2015.

HANSON BAKER LUDLOW
DRUMHELLER P.S.

By: */s/ John T. Ludlow*
JOHN T. LUDLOW
WSBA No. 7377
jludlow@hansonbaker.com
Attorney for Plaintiffs

CORPORATE DISCLOSURE STATEMENT - 2
(2:15-cv-01358 MJP)

W:\WPDOCS\15157\002\B0307536.DOCX - cla

HB
Hanson Baker Ludlow Drumheller P.S.
2229 112th Avenue NE, Suite 200
Bellevue, WA 98004
(425) 454-3374

**CERTIFICATE OF SERVICE**

I, Cathy L. Anderson, declare as follows:

On September 21, 2015, I caused a copy of this document to be served via electronic or regular, U.S. mail on the following parties:

<u>Service via Electronic Mail</u>

Pacer/ECF

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED this 21st day of September, 2015.

*/s/ Cathy L. Anderson*
Cathy L. Anderson

HB
Hanson Baker Ludlow Drumheller P.S.
2229 112th Avenue NE, Suite 200
Bellevue, WA 98004
(425) 454-3374