UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TRACY NEIGHBORS and BARBARA NEIGHBORS; ARUL MENEZES and LUCRETIA VANDERWENDE; LAKE SAMMAMISH 4257 LLC; HERBERT MOORE and ELYNNE MOORE; TED DAVIS and ELAINE DAVIS; REID BROWN and TERESA BROWN; SHAWN HUARTE and TRINA HUARTE; ANNETTE MCNABB; EUGENE MOREL and ELIZABETH MOREL; VOLKER ELSTE and GAIL UREEL; JOHN R. WARD AND JOANNA WARD, AS CO-TRUSTEES OF THE WARD HALES LIVING TRUST; YORK HUTTON; L. LARS KUNDSEN and LISE SHDO.<br><br>Plaintiffs,<br>vs.<br><br>KING COUNTY, a municipal corporation and political subdivision of the State of Washington,<br><br>Defendant. | Cause No.:  2:15-cv-01358<br><br>**PLAINTIFF/COUNTERCLAIM DEFENDANTS' ANSWER TO KING COUNTY'S COUNTERCLAIM** |

COMES NOW Plaintiffs Tracy Neighbors, Barbara Neighbors, Arul Menezes, Lucretia Vanderwende, Lake Sammamish 4257 LLC, Herbert Moore, Evelyn Moore, Ted Davis, Elaine Davis, Reid Brown, Teresa Brown, Shawn Huarte, Trina Huarte, Annette McNabb, Eugene Morel, Elizabeth Morel, Volker Elste; Gail Ureel; John R. Ward and Joanna Ward, as Co-Trustees of the Ward Hales Living Trust; York Hutton; L. Lars Kundsen

and Lise Shdo, by and through their attorneys of record, and file their Answer to King County's Counterclaim.  The paragraph numbers in this response below correspond to the paragraph numbers in Defendant's Answer and Counterclaim:

  1. Counterclaim ¶ 1 does not contain an allegation against Plaintiffs/Counterclaim Defendants, and therefore Plaintiffs/Counterclaim Defendants are not required to answer.

  2. Plaintiffs/Counterclaim Defendants deny Counterclaim ¶ 2 in its entirety regarding Defendant's answers to Plaintiffs' Complaint, ¶¶ 1-27.

  3. Plaintiffs/Counterclaim Defendants own the underlying fee within the former railroad right-of-way that is now a trail/railbanked easement and Plaintiffs/Counterclaim Defendants categorically deny Counterclaim ¶ 3 in its entirety.

  4. Plaintiffs/Counterclaim Defendants own the underlying fee within the former railroad right-of-way that is now a trail/railbanked easement and Plaintiffs/Counterclaim Defendants categorically deny Counterclaim ¶ 4 in its entirety.

  5. Plaintiffs/Counterclaim Defendants own the underlying fee within the former railroad right-of-way that is now a trail/railbanked easement and Plaintiffs/Counterclaim Defendants categorically deny Counterclaim ¶ 5 in its entirety.

  6. Plaintiffs/Counterclaim Defendants own the underlying fee within the former railroad right-of-way that is now a trail/railbanked easement and Plaintiffs/Counterclaim Defendants categorically deny Counterclaim ¶ 6 in its entirety.

7. Plaintiffs/Counterclaim Defendants own the underlying fee within the former railroad right-of-way that is now a trail/railbanked easement and Plaintiffs/Counterclaim Defendants categorically deny Counterclaim ¶ 7 in its entirety.

## AFFIRMATIVE DEFENSES

For their affirmative defenses to King County's Counterclaim, Plaintiffs/Counterclaim Defendants state as follows:

1. King County fails to state a claim against Plaintiffs/Counterclaim Defendants for which relief can be granted.

2. King County's claims are barred by the doctrine of laches.

3. King County's claims are barred by the doctrine of waiver.

4. King County's claims are barred by the doctrine of unclean hands.

5. King County's claims fail because Plaintiffs/Counterclaim Defendants own the fee title in the land adjoining and underlying the former railroad right-of-way in King County, Washington which is no longer a railroad purposes easement, but rather, a trail/railbanking easement.

6. Plaintiffs/Counterclaim Defendants reserve the right to amend their Answer and assert additional affirmative defenses as additional facts are obtained through further investigation and discovery.

WHEREFORE, having fully answered King County's Counterclaim, Plaintiffs/Counterclaim Defendants respectfully request this Court dismiss King County's Counterclaim, together with their costs and expenses herein incurred, and for such other relief as may be just and proper.

Date: September 25, 2015.

By */s/ Thomas E. Hornish*
Thomas E. Hornish        WSBA 47606
1237 E Lake Sammamish Shore Ln SE
Sammamish, WA 98075-9612
Telephone: (858) 775-5678
thornish67@gmail.com

and

By */s/ Thomas S. Stewart*
Thomas S. Stewart
Elizabeth Gepford McCulley
Michael J. Smith
STEWART, WALD & MCCULLEY, L.L.C.
9200 Ward Parkway, Suite 550
Kansas City, MO 64114
Telephone: (816) 303-1500
Facsimile: (816) 527-8068
stewart@swm.legal
mcculley@swm.legal
smith@swm.legal

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of September, 2015, the foregoing was filed electronically with the Clerk of the Court to be served by the operation of the Court's electronic filing system upon all parties of record.

Andrew W Marcuse
David J. Hackett
King County Prosecuting Attorney, Civil Division
500 4th Avenue, Suite 900
Seattle, WA 98104-5039
andrew.marcuse@kingcounty.gov
david.hackett@kingcounty.gov
*Attorneys for Defendant King County*

            */s/ Thomas E. Hornish*

PLAINTIFF/COUNTERCLAIM DEFENDANTS'
ANSWER TO KING COUNTY'S COUNTERCLAIM -
PAGE 4 - Case No. 15-2-20483-1-SEA

Thomas E. Hornish
1237 E Lake Sammamish Shore Ln SE
Sammamish, WA 98075-9612
Phone: 858-775-5678