THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRACY NEIGHBORS AND BARBARA NEIGHBORS; ARUL MENEZES AND LUCRETIA VANDERWENDE; LAKE SAMMAMISH 4257 LLC; HERBERT MOORE AND ELYNNE MOORE; TED DAVIS AND ELAINE DAVIS; REID BROWN AND TERESA BROWN; SHAWN HUARTE AND TRINA HUARTE; ANNETTE MCNABB; EUGENE MOREL AND ELIZABETH MOREL; VOLKER ELSTE AND GAIL UREEL; JOHN R. WARD AND JOANNA WARD, AS CO-TRUSTEES OF THE WARD HALES LIVING TRUST; YORK HUTTON; L. LARS KNUDSEN AND LISE SHDO,<br><br>Plaintiffs,<br><br>v.<br><br>KING COUNTY, a municipal corporation and political subdivision of the State of Washington,<br><br>Defendant. | No. 2:15-cv-01358-MJP<br><br>**NOTICE OF APPEARANCE AND ASSOCIATION**<br><br>(*Clerk's Action Required*) |

TO:            CLERK OF THE COURT;

AND TO:     ALL PARTIES AND THEIR COUNSEL OF RECORD:

NOTICE OF APPEARANCE AND ASSOCIATION – Page 1
No. 2:15-cv-013580 MJP

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) (296-8820 Fax (206) 296-8819

1  PLEASE TAKE NOTICE that the undersigned attorneys Emily J. Harris and David Freeburg
2  of Corr Cronin Michelson Baumgardner Fogg & Moore LLP, hereby make and enter their appearance
3  in the above-entitled proceeding and are associated with Senior Deputy Prosecuting Attorneys David
4  J. Hackett, H. Kevin Wright, Peter G. Ramels and Barbara A. Flemming, as counsel for Defendant.
5  Copies of all future papers, motions and pleadings, exclusive of original process, should be served on
6  Emily J. Harris and David Freeburg, in addition to service upon all other counsel of record.
7  DATED this 12th day of October, 2015.

CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP

*s/ Emily J. Harris*
Emily J. Harris, WSBA #35763
Special Deputy Prosecuting Attorney for King County
1001 Fourth Avenue, Suite 3900
Seattle, WA 98154
P:  (206) 625-8600
F:  (206) 625-0900
eharris@corrcronin.com

CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP

*s/ David Freeburg*
David Freeburg, WSBA #48935
Special Deputy Prosecuting Attorney for King County
1001 Fourth Avenue, Suite 3900
Seattle, WA 98154
P:  (206) 625-8600
F:  (206) 625-0900
dfreeburg@corrcronin.com

NOTICE OF APPEARANCE AND ASSOCIATION – Page 2
No. 2:15-cv-013580 MJP

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) (296-8820 Fax (206) 296-8819

## **CERTIFICATE OF SERVICE**

    I hereby certify that on October 12, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

    DATED this 12th day of October, 2015.

                                      *s/Leslie Nims*
                                      Leslie Nims

NOTICE OF APPEARANCE AND ASSOCIATION – Page 3
No. 2:15-cv-013580 MJP

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) (296-8820 Fax (206) 296-8819

1107 01 fj12f229dm