THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRACY NEIGHBORS AND BARBARA NEIGHBORS; ARUL MENEZES AND LUCRETIA VANDERWENDE; LAKE SAMMAMISH 4257 LLC; HERBERT MOORE AND ELYNNE MOORE; TED DAVIS AND ELAINE DAVIS; REID BROWN AND TERESA BROWN; SHAWN HUARTE AND TRINA HUARTE; ANNETTE MCNABB; EUGENE MOREL AND ELIZABETH MOREL; VOLKER ELSTE AND GAIL UREEL; JOHN R. WARD AND JOANNA WARD, AS CO-TRUSTEES OF THE WARD HALES LIVING TRUST; YORK HUTTON; L. LARS KNUDSEN AND LISE SHDO, <br><br> Plaintiffs, <br><br> v. <br><br> KING COUNTY, a municipal corporation and political subdivision of the State of Washington, <br><br> Defendant. | No. 2:15-cv-01358-MJP <br><br> **DECLARATION OF EMILY HARRIS** |

I, Emily Harris, declare and state the following:

1. I am an attorney at Corr Cronin Michelson Baumgardner Fogg & Moore LLP and a Special Deputy Prosecuting Attorney for King County in the above-captioned matter. I am over

---

DECLARATION OF EMILY HARRIS – Page 1
No. 2:15-cv-013580 MJP

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) (296-8820 Fax (206) 296-8819

1  eighteen years of age, am competent to testify, and submit this declaration based upon personal
2  knowledge in support of King County's Motion to Consolidate.

3      2.    Attached as Exhibit A is a true and correct copy of the Complaint in *Hornish v. King*
4  *County*, No. 2:15-cv-00284-MJP ("*Hornish*"), dated February 25, 2015.

5      3.    Attached as Exhibit B is a true and correct copy of the Complaint in this action,
6  *Neighbors v. King County*, No. 2:15-cv-013580 MJP ("*Neighbors II*"), dated August 20, 2015.

7      4.    Attached as Exhibit C is a true and correct copy of discovery responses from *Hornish*,
8  titled Hornish Plaintiffs' Answers and Objections to Defendant King County's First Set of
9  Interrogatories and Requests for Production, dated September 22, 2015.

10      5.    Attached as Exhibit D is a true and correct copy of discovery responses from *Hornish*,
11  titled Morel Plaintiffs' Answers and Objections to Defendant King County's First Set of
12  Interrogatories and Requests for Production, dated September 22, 2015.

13      6.    Attached as Exhibit E is a true and correct copy of discovery responses from *Hornish*,
14  titled 4257 LLC Plaintiffs' Answers and Objections to Defendant King County's First Set of
15  Interrogatories and Requests for Production, dated September 24, 2015.

16      7.    Attached as Exhibit F is a true and correct copy of discovery responses from *Hornish*,
17  titled Menezes Plaintiffs' Answers and Objections to Defendant King County's First Set of
18  Interrogatories and Requests for Production, dated September 24, 2015.

19      8.    Attached as Exhibit G is a true and correct copy of discovery responses from *Hornish*,
20  titled Moore Plaintiffs' Answers and Objections to Defendant King County's First Set of
21  Interrogatories and Requests for Production, dated September 28, 2015.

22      9.    Attached as Exhibit H is a true and correct copy of discovery responses from *Hornish*,
23  titled Neighbors Plaintiffs' Answers and Objections to Defendant King County's First Set of
24  Interrogatories and Requests for Production, dated September 28, 2015.

25

DECLARATION OF EMILY HARRIS – Page 2
No. 2:15-cv-013580 MJP

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) (296-8820 Fax (206) 296-8819

1  10. Attached as Exhibit I is a true and correct copy of King County's Initial Disclosures
2  from *Hornish*, dated September 24, 2015.
3  11. Attached as Exhibit J is a true and correct copy of Plaintiffs' Initial Disclosures from
4  *Hornish*, dated September 23, 2015.
5  I declare under penalty of perjury of the laws of the United States that the foregoing is true
6  and correct.
7  DATED this 12th day of October, 2015 at Seattle, Washington.

*/s/Emily J. Harris*
Emily J. Harris

DECLARATION OF EMILY HARRIS – Page 3
No. 2:15-cv-013580 MJP

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) (296-8820 Fax (206) 296-8819

1107 01 fj12e823xg