UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TRACY NEIGHBORS AND BARBARA NEIGHBORS; ARUL LMENEZES AND LUCRETIA VANDERWENDE; LAKE SAMMAMISH 4257 LLC; HERBERT MOORE AND ELYNNE MOORE; TED DAVIS AND ELAINE DAVIS; REID BROWN AND TERESA BROWN; SHAWN HUARTE AND TRINA HUARTE; ANNETTE MCNABB; EUGENE MOREL AND ELIZABETH MOREL; VOLKER ELSTE AND GAIL UREEL; JOHN R. WARD AND JOANNA WARD, AS CO-TRUSTEES OF THE WARD HALES LIVING TRUST; YORK HUTTON; L. LARS KNUDSEN AND LISE SHDO,<br><br>Plaintiffs,<br><br>vs.<br><br>KING COUNTY, a municipal corporation and political subdivision of the State of Washington,<br><br>Defendants. | Case No.: 2:15-cv-01358<br><br>**JOINT MOTION FOR EXTENSION OF TIME**<br><br>NOTE ON MOTION CALENDAR: November 20, 2015 |

This case was removed to federal court on September 14, 2015 (D.E. 1). On September 23, 2015, Plaintiffs filed their motion to remand (D.E. 13). On October 13, 2015, Defendant opposed remand (D.E. 18) and moved to consolidate this case with *Hornish v. King County*, Case No. 2:15-cv-00284-MJP (D.E. 21). The parties have filed responsive briefing regarding both motions and briefing is complete. Due to the motions, the parties requested a 30 day extension to file their Joint Status Report, which was granted

JOINT MOTION FOR EXTENSION OF TIME
PAGE 1 - Case No.: 2:15-cv-01358

Thomas E. Hornish
1237 E Lake Sammamish Shore Ln SE
Sammamish, WA 98075-9612
Phone: 858-775-5678

on October 20, 2015 (minute order). The deadline pertaining to the 26(f) conference expires today, November 20, 2015. Given the fact that there has been no ruling on either the pending motion to remand or on the motion to consolidate, the parties jointly request an additional 30 day extension to file their Joint Status Report with all other FRCP 26-related deadlines adjusted accordingly.

Dated:  November 20, 2015

        **STEWART, WALD & MCCULLEY, L.L.C.**

/s/ *Thomas S. Stewart*
Thomas S. Stewart
Elizabeth McCulley
Michael J. Smith
9200 Ward Parkway, Suite 550
Kansas City, MO  64114
Telephone:  (816) 303-1500
Facsimile:  (816) 527-8068
stewart@swm.legal
mcculley@swm.legal
smith@swm.legal

Thomas E. Hornish     WSBA 47606
1237 E Lake Sammamish Shore Ln SE
Sammamish, WA 98075-9612
Telephone:  (858) 775-5678
thornish67@gmail.com
**ATTORNEYS FOR PLAINTIFFS**

AND

/s/ *David J. Hackett*
Andrew W Marcuse
David J. Hackett
King County Prosecuting Attorney
Civil Division
500 4th Avenue, Suite 900
Seattle, WA 98104-5039
andrew.marcuse@kingcounty.gov
david.hackett@kingcounty.gov
*Attorneys for Defendant King County*

JOINT MOTION FOR EXTENSION OF TIME
PAGE 2 - Case No.: 2:15-cv-01358

Thomas E. Hornish
1237 E Lake Sammamish Shore Ln SE
Sammamish, WA 98075-9612
Phone: 858-775-5678