UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRACY NEIGHBORS et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>KING COUNTY,<br><br>　　　　　Defendant. | CASE NO. C15-1358 MJP<br><br>ORDER ON JOINT MOTION TO AMEND SCHEDULING ORDER |

THIS MATTER comes before the Court on the Parties' Joint Motion to amend the initial scheduling order. (Dkt. No. 26.) The Court finds good cause to amend the scheduling order and hereby GRANTS the Joint Motion for Extension of Time. The parties are granted an additional 30-day extension to file their Joint Status Report. The parties shall file their Joint Status Report on or before December 21, 2015. All other FRCP 26-related deadlines are adjusted accordingly.

The clerk is ordered to provide copies of this order to all counsel.

1     Dated this 24th day of November, 2015.

                                                            Marsha J. Pechman
                                                            Chief United States District Judge

ORDER ON JOINT MOTION TO AMEND
SCHEDULING ORDER- 2